| | |
|---|---|
| CATHERINE A. CONWAY (SBN 98366)<br>GARY M. MCLAUGHLIN (SBN 217832)<br>CYNTHIA S. CHOU (SBN 246330)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone:   310.229.1000<br>Facsimile:    310.229.1001<br>cconway@akingump.com<br>gmclaughlin@akingump.com<br>cchou@akingump.com | JS-6 |

Attorneys for Defendant
ZALE DELAWARE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ALDARONDO, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>ZALE DELAWARE, INC., a Delaware corporation; and DOES 1 - 25, inclusive,<br><br>          Defendants. | Case No. SACV 09-0719 JVS (ANx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed: May 14, 2009<br>Date Removed:     June 17, 2009 |

6458305

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

1  The Court having read and considered the Parties' Stipulation Re: Dismissal with
2  Prejudice, and good cause appearing, THEREFORE:
3  IT IS HEREBY ORDERED that this action, entitled *Aldarondo v. Zale Delaware,*
4  *Inc.*, USDC Case No. SACV 09-0719 JVS (ANx), shall be dismissed with prejudice.
5
6  **IT IS SO ORDERED**
7
8
9  Dated: April 16, 2010
10  _____
11  Honorable James V. Selna
    United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  2029 Century Park East, #2400, Los Angeles, California 90067.

On April 16, 2010, I served the foregoing document described as

**[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**

on the parties in this action by placing a copy thereof enclosed in a sealed envelope as follows:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2010  at Los Angeles, California.

_____       _____
Print Name                                                            Signature

2
[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE